**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

MENNDEK M. CUSHE,

    Plaintiff,

v.                                                                                     Case No: 5:19-cv-219-Oc-30PRL

DONALD R. JENKINS, TOM ISO, PHIL
BARBER, RONALD CARTER, JAY
HURLEY, DOUG RAY, JOHN DOE, I,
JOHN DOE, II and JOHN DOE, III,

    Defendants.

## **ORDER**

**THIS CAUSE** came on for consideration on the Report and Recommendation submitted by Magistrate Judge Philip R. Lammens (Doc. 8). The Report and Recommendation recommends denying Plaintiff Menndek Cushe's Motion to Proceed *in Forma Pauperis* (Doc. 2) and dismissing the action because the Amended Complaint[1]: (1) violates Federal Rule of Civil Procedure 8(a) and 10(b) by not pleading a short, plain statement of Cushe's claims; (2) fails to state a claim under 42 U.S.C. § 1981 or § 760.08, Florida Statutes, because Cushe does not allege facts demonstrating racial discrimination; and (3) contains mostly frivolous conjecture. Cushe filed a lengthy, rambling objection that

---

[1] The Magistrate Judge initially took the Motion under advisement and gave Cushe an opportunity to file an amended complaint because the initial complaint (1) violated Federal Rules of Civil Procedure 8(a) and 10(b), (2) failed to cite a basis for jurisdiction, and (3) failed to state a claim. (Doc. 6). In response, Cushe filed an amended complaint (Doc. 7), which is the subject of the Magistrate Judge's Report and Recommendation.

proves—rather than disproves—the conclusions of the Magistrate Judge. In the objection, Cushe again relies on vague, conclusory statements to attempt to show Defendants' actions were racially motivated, but he fails to include to a single comment, gesture, or other action to support those conclusions.

After careful consideration of the Report and Recommendation of the Magistrate Judge in conjunction with an independent examination of the file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

**ACCORDINGLY**, it is therefore, **ORDERED AND ADJUDGED**:

1. The Report and Recommendation (Doc. 8) of the Magistrate Judge is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2. The Motion to Proceed *in Forma Pauperis* (Doc. 2) is DENIED.

3. This action is DISMISSED WITH PREJUDICE.

4. All pending motions are denied as moot.

5. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 22nd day of July, 2019.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies Furnished To**:
Counsel/Parties of Record